IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LENNIL L. JOHNSON ET.AL

DENARCO MCDONALD

JAMES CARTER

LARRY STEVENSON

ALONZO HOFFMAN

VERNARD HARRIS

DEMANDRELL DAVIS

PLAINTIFF(S)

VS.

SHERIFF MEARL JUSTUS ET.AL.

MAJOR PHILLIP MCLAURIN

CAPTAIN MATT SCOTT

MEDICAL PHYSCIAN CHARLES AHPUDH.

I.D.O.C. DIRECTOR JOHN DOE

I.D.O.C. JAIL STANDARDS DIV. INVESTIGATOR JANE DOE

DEFENDANT(S)

DOCKET NO: 09-433-GPM

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42. U.S.C. 1983
(STATE PRISONER)

**FILED**

JUN 08 2009

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE**

I. JURISDICTION

A. PLAINTIFF'S MAILING ADDRESS AND/OR REGISTER NUMBER AND PRESENT PLACE OF CONFINEMENT.

1. LENNIL L. JOHNSON, SO# 27826, ST. CLAIR Co. SHERIFFS DEPT. JAIL DIVISION; 700 NORTH 5th STREET. BELLEVILLE ILLINOIS. 62220

2. DENARCO. MCDONALD SO# 303881, ST. CLAIR Co. SHERIFFS DEPT. JAIL DIVISION 700 NORTH 5th STREET, BELLEVILLE ILLINOIS. 62220.

3. JAMES CARTER. SO# 13281, ST. CLAIR Co. SHERIFFS DEPT. JAIL DIVISION 700 NORTH 5th STREET, BELLEVILLE ILLINOIS. 62220

- CONTINUED -
1 of 9

4. LARRY STEVENSON SD# 439157, ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION 700 N. 5TH STREET, Belleville ILLINOIS, 62220.

5. ALONZO HOFFMAN SD# 302273, ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION 700 N. 5TH Street, Belleville ILLINOIS, 62220.

6. YERNARD HARRIS SD# 433627, ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION 700 N. 5TH STREET, Belleville ILLINOIS, 62220.

7. DEHANDRELL DAVIS, SD# 309057, ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION 700 N. 5TH Street, Belleville ILLINOIS, 62220.

B.

1. DEFENDANT HEARL J. JUSTUS IS EMPLOYED AS "SHERIFF" WITH THE ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION. 700 N. 5TH STREET, Belleville ILLINOIS, 62220 THE DEFENDANT JUSTUS ACTING UNDER COLOR OF STATE LAW. STATE EMPLOYEE.

2. DEFENDANT PHILLIP MCLAURIN, IS EMPLOYED AS "MAJOR" WITH THE ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION, 700 N. 5TH STREET, Belleville, ILLINOIS, 62220. THE DEFENDANT MCLAURIN, ACTING UNDER COLOR OF STATE LAW. STATE EMPLOYEE.

3. DEFENDANT MATT SCOTT, IS EMPLOYED AS "CAPTAIN" WITH THE ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION, 700 N. 5TH STREET, Belleville ILLINOIS, 62220. THE DEFENDANT SCOTT, ACTING UNDER COLOR OF STATE LAW, STATE EMPLOYEE.

4. DEFENDANT CHARLES AMPUDU, IS EMPLOYED AS "MEDICAL PHYSICIAN" WITH THE ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION, 700 N. 5TH STREET, Belleville ILLINOIS, 62220. THE DEFENDANT AMPUDU, ACTING UNDER COLOR OF STATE LAW CONTRACTED STATE EMPLOYEE.

5. DEFENDANT JOHN DOE/JANE DOE IS EMPLOYED AS "DIRECTOR" WITH THE ILLINOIS DEPT. OF CORRECTIONS, 1301 Concordia Court, SPRINGFIELD ILLINOIS, 62794. THE DEFENDANT JOHN DOE/JANE DOE, ACTING UNDER COLOR OF STATE LAW, STATE EMPLOYEE

6. DEFENDANT JANE DOE, IS EMPLOYED AS "INVESTIGATOR/SUPERVISOR" WITH THE ILLINOIS DEPARTMENT OF CORRECTIONS JAIL STANDARDS DIVISION, 1301 Concordia Court SPRINGFIELD ILLINOIS, 62794, THE DEFENDANT JANE DOE, ACTING UNDER COLOR OF STATE LAW, STATE EMPLOYEE.

— CONTINUED —

II. PREVIOUS LAW SUITS

A. HAVE YOU BEGUN ANY OTHER LAW SUITS In STATE OR FEDERAL COURT RELATING TO YOUR IMPRISONMENT

LENNIL L. JOHNSON          YES

DEMARCO MCDONALD          NO

JAMES CARTER              NO

LARRY STEVENSON           NO

ALFONZO HOFFMAN           NO.

VERNARD HARRIS            NO

DEMANDREII DAVIS          NO

B. IF YOUR ANSWER TO "A" IS "YES" DESCRIBED THE LAWSUITS BELOW:

PLAINTIFF/PETITIONER LENNIL L. JOHNSON HAS FILED A TOTAL OF 15-TIMES AND, ALL CASES HAVE BEEN DISMISSED, IN THE SOUTHERN DISTRICT COURTS. OVER, A 25 YEAR PERIOD. Clerk OF COURT. BENTON ILLINOIS, DIVISION STATED In. WRITING THAT TO SEARCH EACH OF PLAINTIFFS CASES WOULD BE $26.00 PER. SEARCH AND .50. PER COPY PAGE. PLAINTIFF IS INDIGENT, AND FILED FOR FORMA, · PAUPERIS MOTIONS. PLAINTIFF IS POOR WITHIN THE MEANING OF THE FEDERAL COURTS CRITERIA. PLAINTIFF DOES NOT HAVE $364.00 FOR SEARCH AND · HAS FILED A MOTION WITH COURTS ATTACHED TO THE SUBMISSION AND FILING OF; · COMPLAINT.

—CONTINUED—

I. GRIEVANCE PROCEDURE

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THE INSTITUTION?  YES

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THE PRISONER GRIEVANCE PROCEDURE?  YES

C. IF YOUR ANSWER IS "YES"

   1. WHAT STEPS DID YOU TAKE?  PLAINTIFFS/PETITIONERS FILED NUMEROUS FORMAL
   ST. CLAIR COUNTY SHERIFFS DEPT. REQUEST-COMPLAINT FORMS FROM MAY 27th 2008,
   - THRU MAY 20th 2009,

   2. WHAT WAS THE RESULT?  TO NO AVAIL BY THE DEFENDANTS/RESPONDENTS. IGNORED-
   - COMPLAINTS.

D. ATTACH COPIES OF YOUR REQUEST FOR AN ADMINISTRATIVE REMEDY AND THE RESPONSES YOU RECIEVED. SEE ATTACHMENTS.

- CONTINUED -
4 of 9

## IV. STATEMENT OF CLAIM

1. THE PLAINTIFF(S)/PETITIONER(S) LENNIL L. JOHNSON, DEMARCO MCDONALD, JAMES CARTER, LARRY STEVENSON, ALFONZO HOFFMAN, VERNARD HARRIS, DEMANDRELL DAVIS. HEREIN AFTER, (PLAINTIFFS/PETITIONERS), AT ALL TIMES IN RELATIONS TO THIS COMPLAINT IS "UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY" DETAINED IN THE CUSTODY AND CONTROL OF THE DEFENDANT(S)/RESPONDENT(S): HENRL JUSTUS, PHILLIP MCLAURIN, MATT SCOTT, CHARLES AHPUDI, J.D.O.C DIRECTOR JOHN DOE, I.D.O.C. JAIL STANDARDS DIVISION INVESTIGATOR JANE DOE, HEREIN AFTER, DEFENDANT(S)/RESPONDENT(S), IN CONJUNCTION, WEXFORD HEALTH SOURCES, ARAMARK FOOD SERVICES CONTRACTOR, ST. CLAIR COUNTY SHERIFFS DEPT. JAIL DIVISION HEREIN AFTER (S.C.C.J.D).

2. ON OR ABOUT MAY 27TH 2008 THRU, MAY 20TH 2009, THE PLAINTIFFS/PETITIONERS, DETAINED IN THE CUSTODY AND CONTROL OF THE DEFENDANTS/RESPONDENTS FILED NUMEROUS, ST. CLAIR COUNTY SHERIFFS DEPARTMENT REQUESTS-COMPLAINT FORMS TO THE DEFENDANTS/RESPONDENTS REQUESTING AND COMPLAINING IN RELATIONS TO ACCESS TO THE COURTS, ACCESS TO LAW LIBRARY, ACCESS TO LAW CLERKS, ACCESS TO DETAINED LAW CLERKS, ACCESS TO RAW LEGAL MATERIALS, ACCESS AND ADEQUATE ASSISTANCE FROM PERSONS, TRAINED IN LAW. ACCESS AND ADEQUATE UPDATED LEGAL LAW LIBRARY BOOKS. ACCESS AND ADEQUATE COMPUTERS, TYPEWRITERS, PENS, PENCILS, - PAPER. PAPER CLIPS, STAPLERS. HIGHLIGHTER MARKERS. SIMPLE REMOVALS. CORRECTION TAPE. SCOTCH TAPE. AND AND ALL MATERIALS INTEGRAL TO BUILDING EFFECTIVE LEGAL DEFENSE. AND TO END ALL DEPLORABLE CONDITIONS OF THE ALLEGE LAW LIBRARY. HEREIN THE ST. CLAIR CO. SHERIFFS DEPT. JAIL DIVISION, TO NO AVAIL BY THE DEFENDANTS/RESPONDENTS IN WHOLE OR PART.

3. ON OR ABOUT MAY 27TH 2008 THRU, MAY 20TH 2009, THE DEFENDANTS/RESPONDENTS, WANTON WILFUL, RECKLESS, MALICIOUS AND OPPRESSIVE CONDUCT, AND OR OPPRESSIVE CHARACTER DELIBERATELY DEPRIVED THE PLAINTIFFS/PETITIONERS, FUNDAMENTAL CONSTITUTIONAL RIGHT TO ACCESS TO THE COURTS. ACCESS TO LAW LIBRARIES, LAW CLERKS. DETAINEE LAW CLERKS, ACCESS TO RAW LEGAL MATERIALS. INTEGRAL TO BUILDING EFFECTIVE LEGAL DEFENSE, ADEQUATE, ASSISTANCE FROM PERSONS TRAINED IN LAW., UPDATED LEGAL LAW BOOKS, COMPUTERS, TYPEWRITERS, - ETC. UNRESTRICTED, UN NECESSARY PSYCHOLOGICAL PAIN. DELIBERATE AND INDIFFERENT TO THE PLAINTIFFS/PETITIONERS. LIBERTY. VIOLATING THE PLAINTIFFS/PETITIONERS, (1ST) FIRST (5TH) FIFTH (8TH) EIGHTH (11TH) ELEVENTH (14TH) FOURTEENTH U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS.

4. ON OR ABOUT MAY 27TH 2008 THRU MAY 20TH 2009 THE PLAINTIFFS/PETITIONERS DETAINED IN THE CUSTODY AND CONTROL OF THE DEFENDANTS/RESPONDENTS FILED NUMEROUS, ST. CLAIR COUNTY, - SHERIFFS DEPARTMENT REQUESTS-COMPLAINT FORMS TO THE DEFENDANTS/RESPONDENTS, REQUESTING; ~AND COMPLAINING IN RELATIONS TO: ADEQUATE DAILY EXCERCISE, ADEQUATE EXCERCISE, STRENUUS WORK-OUT CLOTHING ARTICLES; SHOES, SHORTS, SWEAT PANTS, SWEAT SHIRTS ETC.- - AND TO END ALL UNCONSTITUTIONAL CONDITIONS HEREIN THE ST. CLAIR COUNTY SHERIFFS DEPT.- - JAIL DIVISION, TO NO AVAIL BY THE DEFENDANTS/RESPONDENTS IN WHOLE OR PART,

- CONTINUED -

STATEMENT OF CLAIM

5. ON OR ABOUT MAY 27* 2008 THRU MAY 20* 2009, THE DEFENDANTS/RESPONDENTS, WANTON AND WILFUL, RECKLESS, MALICIOUS AND OPPRESSIVE CONDUCT, AND OR OPPRESSIVE CHARACTER DELIBERATELY DEPRIVED THE PLAINTIFFS/PETITIONERS, FUNDAMENTAL CONSTITUTIONAL RIGHTS TO ACCESS TO DAILY EXERCISE ADEQUATE DAILY EXERCISE, ACCESS TO STREAMS WORK-OUT AREAS, ADEQUATE STREAMS WORK-OUT AREAS, ACCESS TO GYMNASIUM. ADEQUATE EXERCISE EQUIPMENT, TREADMILLS, WEIGHT SYSTEMS, BASKET BALLS, HANDBALLS. EXERCISE BARS, WORK-OUT CLOTHING ARTICLES: SHOES, GYM SHORTS, SWEAT PANTS, SWEAT SHIRTS. UN RESTRICTED UN NECESSARY PYSCHOLOGICAL PAIN, DELIBERATE AND INDIFFERENT TO THE PLAINTIFFS/ PETITIONERS HEALTH AND WELFARE, VIOLATING THE PLAINTIFFS/PETITIONERS, (1ST) FIRST (5*) FIFTH, (8*) EIGHTH, (11*) ELEVENTH (14*) FOURTEENTH. U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS.

6. ON OR ABOUT MAY 27* 2008 THRU MAY 20* 2009 THE PLAINTIFFS/PETITIONERS DETAINED IN THE CUSTODY AND CONTROL OF THE DEFENDANTS/RESPONDENTS, FILED NUMEROUS, ST. CLAIR COUNTY SHERIFFS DEPARTMENT REQUESTS - COMPLAINT FORMS TO THE DEFENDANTS/RESPONDENTS REQUESTING - COMPLAINING IN RELATIONS TO A CLEAN, SAFE, SANITARY, ENVIRONMENT, STAPH INFECTION, TINEA CORPALIS, LICE, INSECT BITES, BODY PESTS, GNATS, MICE, RODENTS, A COMMUNICABLE DISEASE FREE GENERAL POPULATION, FAILING TO MEDICALLY SCREEN NEWLY ADMITTED DETAINEES. WITHIN 24-72 HOURS OF INCARCERATION TO PREVENT THE SPREADING OF INFECTIONS AND DISEASES, CLEAN TOWELS ISSUED TWICE WEEKLY, BLANKETS, LAUNDERED, OR OTHERWISE STERILIZED MONTHLY OR BEFORE RE-ISSUE. CLEAN CLOTHING, ISSUED TWICE WEEKLY, MATRESSES, OR PADS AIRED AND SPRAYED. AND SANITIZED MONTHLY OR BEFORE RE-ISSUE, VYNIL MATRESSES. WASHED WITH HOT WATER DETERGENT AND DISINFECTANT MONTHLY OR BEFORE RE-ISSUE, CONTROL MEASURES INCLUDING - SPRAYING OR FUMIGATION OF EQUIPMENT, CELL BLOCKS AND HALO-OVER CELLS, BUILDING AREAS. ETC. FORCED AIR OR OTHER FORM OF ARTIFICIAL VENTILATION IN THE LIVING AREA, PROVIDING ATLEAST. 10 CUBIC FEET OF FLESH OR PURIFIED AIR PER PERSON, CLEAN UN-ETCHED, UN-INSCURED GRAFFITI OR WRITING ON WALLS, ADEQUATE WORKING TOILETS, WASHING BASINS, HOT AND COLD WATER, SHOWER STALLS AND SINKS. HEREIN THE ST. CLAIR COUNTY SHERIFFS DEPT. JAIL DIVISION, TO NO AVAIL BY THE DEFENDANTS/RESPONDENTS- IN WHOLE OR PART.

7. ON OR ABOUT MAY 27* 2008 THRU MAY 20* 2009 THE DEFENDANTS/RESPONDENTS, WANTON AND WILFUL, RECKLESS, MALICIOUS. AND OPPRESSIVE CONDUCT AND OR OPPRESSIVE CHARACTER DELIBERATELY DEPRIVED THE PLAINTIFFS/PETITIONERS, FUNDAMENTAL CONSTITUTIONAL RIGHTS TO A CLEAN, SAFE, SANITARY, ENVIRONMENT, STAPH INFECTIONS, TINEA CORPALIS, LICE, INSECT BITES, BODY PESTS, GNATS, MICE, RODENTS, A COMMUNICABLE DISEASE FREE GENERAL POPULATION, FAILING TO MEDICALLY SCREEN NEWLY ADMITTED DETAINEES, WITHIN 24-72 HOURS OF INCARCERATION TO PREVENT THE SPREADING OF INFECTIONS AND DISEASES. CLEAN TOWELS ISSUED TWICE WEEKLY, BLANKETS, LAUNDERED OR OTHERWISE STERILIZED MONTHLY, OR BEFORE RE-ISSUE, CLEAN CLOTHING ISSUED. TWICE WEEKLY, MATRESSES OR PADS AIRED AND SPRAYED AND SANITIZED MONTHLY OR BEFORE RE ISSUE. VINYL MATRESSES, WASHED WITH HOT WATER DETERGENT AND DISINFECTONT MONTHLY OR BEFORE RE-ISSUE, CONTROL MEASURES INCLUDING SPRAYING OR FUMIGATION OF EQUIPMENT, CELL BLOCKS, HOLD-OVER CELLS, BUILDING AREAS ETC., FORCED AIR OR OTHER FORM OF ARTIFICIAL, VENTILATION IN THE LIVING AREA, PROVIDING ATLEAST 10-CUBIC FEET OF FLESH OR PURIFIED AIR. PER PERSON CLEAN UN-ETCHED, UN-INSCURED GRAFFITI, OR WRITING ON WALLS, ADEQUATE WORKING-

- CONTINUED -

CONTINUED

STATEMENT OF CLAIM

-TOILETS, WASH BASINS HOT AND COLD WATER, SHOWER STALLS, AND SINKS UN-RESTRICTED-
UN-NECESSARY INFLICTION OF PYSCHOLOGICAL PAIN, IMMINENT DANGER OF SERIOUS PHYSICAL
INJURY, DELIBERATELY INDIFFERENT TO THE PLAINTIFFS/PETITIONERS, LIBERTY, HEALTH, SAFETY
WELFARE, VIOLATING THE PLAINTIFFS/PETITIONERS (1ST) FIRST, (5TH) FIFTH (8TH) EIGHTH, (11TH) ELEVENTH,
(14TH) FOURTEENTH U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS.

HENRY CLAY - AMERICAN STATESMAN - 1852

" AN OPPRESSED PEOPLE ARE AUTHORIZED WHENEVER THEY CAN TO RISE AND BREAK
- THEIR FETTERS"

CLARENCE DARROW - AMERICAN LAWYER - 1930

" AS LONG AS THE WORLD SHALL LAST THERE WILL BE WRONGS, AND IF NO MAN OBJECTED,
AND NO MAN REBELLED THOSE WRONGS WOULD LAST FOREVER".

- CONTINUED -

## V. REQUEST FOR RELIEF

THE PLAINTIFFS/PETITIONERS, LENWIL L. JOHNSON, DemArco McDONALD, JAMES CARTER, LARRY STEVENSON, ALFONZO HOFFAMAN, VERNAOO HARRIS, DEHANDRELL DAVIS, IS SUING THE DEFENDANTS/RESPONDENTS: HEARL JUSTUS, PHILLIP McLAURIN, MYATT SCOTT, CHARLES AMPUDU. J.D.OC.DIRECTOR JOUN DOE, J.D.OC JAIL STANDARDS DIVISION INVESTIGATOR JANE DOE. MONETARILY, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, FOR COMPENSATORY, PUNITIVE, EXEMPLARY DAMAGES, COLLECTIVELY AND OR INDIVIDUALLY IN THE SUM AMOUNT OF; $35,000.000.00., (THIRTY-FIVE MILLION DOLLARS 00 CENTS)., FOR WANTON, WILFUL, RECKLESS, MALICIOUS AND OPPRESSIVE CONDUCT, AND OR OPPRESSIVE CHARACTER, DELIBERATELY DEPRIVING PLAINTIFFS FUNDAMENTAL CONSTITUTIONAL RIGHT TO ACCESS TO THE COURTS, ACCESS TO LAW LIBRARIES, LAW CLERKS, DETAINEE LAW CLERKS. ACCESS TO RAW LEGAL MATERIALS, INTEGRAL TO BUILDING LEGAL DEFENSE EFFECTIVELY, ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN LAW. UPDATED LEGAL LAW BOOKS, COMPUTERS, TYPEWRITERS. ETC. DELIBERATELY DEPRIVING PLAINTIFFS, DAILY EXCERCISE, ADEQUATE EXCERCISE, STRENUIS- WORK-OUT AREAS, ACCESS TO GYMNASIUM, EXCERCISE EQUIPMENT TREADMILLS. WEIGHT SYSTEMS BASKET BALLS, HAND BALLS, EXCERCISE BARS, WORK-OUT clothing ARTICLES: SHOES, SHORTS SWEAT PANTS, SWEAT SHIRTS. ETC.

DELIBERATELY DEPRIVING PLAINTIFFS A CLEAN SAFE SANITARY ENVIRONMENT. STAPH, INFECTIONS, TINEA CORPUS., LICE, INSECT BITES, BODY PESTS, GNATS, MICE, RODENTS. DELIBERATELY DEPRIVING PLAINTIFFS, A COMMUNICABLE DISEASE FREE GENERAL population. FAILING TO MEDICALLY SCREEN NEWLY ADMITTED DETAINEES, WITHIN 24-72 HOURS, OF INCARCERATION TO PREVENT THE SPREADING OF INFECTIONS AND DISEASES. DEPRIVING THE PLAINTIFFS. CLEAN TOWELS ISSUED TWICE WEEKLY, BLANKETS, LAUNDERED OR OTHERWISE STERILIZED MONTHLY OR BEFORE RE-ISSUE, CLEAN clothing ISSUED TWICE WEEKLY, MATRESSES OR PADS, AIRED AND SPRAYED AND SANITIZED MONTHLY OR BEFORE RE-ISSUE, VYNIL MATRESSES, WASHED WITH HOT WATER DETERGENT AND DISINFECTANT MONTHLY OR BEFORE RE-ISSUE, CONTROL MEASURES INCLUDING SPRAYING OR FUMIGATION OF EQUIPMENT, CELL BLOCKS AND HOLD-OVER CELLS. BUILDING AREAS ETC. DEPRIVING THE PLAINTIFFS FORCED AIR OR OTHER FORM OF ARTIFICIAL VENTALATION VENTILATION IN THE LIVING AREA, PROVIDING AT LEAST 10 CUBIC FEET OF FRESH OR PURIFIED AIR PER MINUTE PER PERSON., CLEAN UN-ETCHED, UN-INSCRIBED GRAFFITI, OR WRITING ON WALLS, ADEQUATE AND WORKING, TOILETS, WASH BASINS HOT AND COLD WATER, SHOWER STALLS, AND SINKS, UN-RESTRICTED, UN NECESSARY INFLICTION OF PHYSIological PAIN., IMMINENT DANGER OF SERIOUS physical INJURY DELIBERATE INDIFFERENT TO THE PLAINTIFFS, LIBERTY, HEALTH, SAFETY, WELFARE .VIOLATING THE PLAINTIFFS (1ST) FIRST (5"I) FIFTH (8"I)EIGHTH (11"I) ELEVENTH, (14"I) FOURTEENTH U.S. CONSTITUTIONAL CIVIL RIGHTS AMENDMENTS.

## VI. JURY DEMAND

THE PLAINTIFFS DOES REQUEST A TRIAL BY JURY.

- CONTINUED -

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11.

I THE UNDERSIGNED, CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF THAT THIS COMPLAINT IS IN FULL COMPLIANCE WITH RULE 11(A) AND 11(B), OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED ALSO RECOGNIZES THAT FAILURE TO COMPLY WITH RULE 11(A) AND 11(B) MAY RESULT IN SANCTIONS, MONETARY OR NON-MONETARY, PURSUANT TO FEDERAL RULE of CIVIL PROCEDURE 11(C).

THE PLAINTIFFS HEREBY REQUESTS THE COURTS ISSUE ALL APPROPRIATE SERVICE AND/OR NOTICES TO THE DEFENDANTS.

SIGNED THIS 10° DAY OF MAY 2009.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11 DAY OF MAY 2009
X_____
NOTARY PUBLIC SIGNATURE/SEAL

" OFFICIAL SEAL "
REGINA ELAINE RAY
Notary Public, State of Illinois
My Commission Exp. 11 / 30 / 2010

1. RENNIL L. JOHNSON

D. M. Donald

2. DEMARCO MC DONALD

3. JAMES CARTER

4. LARRY STEVENSON

5. ALFONZO HOFFMAN

6. VERNARD HARRIS

7. DEMANDRELL DAVIS

PLAINTIFF(S)/PETITIONER(S)